RICHARDS, Respondent, v. SANDERS, Appellant.

(187 N. W. 714.)

(File No. 5042.    Opinion filed April 10, 1922.)

**Vendor and Purchaser—Yarosh v. Sanders, ——S. D.—— Followed.**

*Spangler & Wire,* for Appellant.

*Brown & Brown,* for Respondent.

GATES, P. J.    This case is similar in its important particulars to the case of Yarosh v. Sanders ('No. 5041) 187 N. W. 713, handed down herewith.

For the reasons stated in that opinion, the judgment and order denying new trial herein are affirmed.